NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR MAGDALINA GEORGIEVA KALINCHEVA, M.D., et al., Plaintiffs, | § § § § § | |
| v. | § § | Civil Case 3:23-CV-394-B-BK |
| JESSE L. NEUBARTH, ET AL., Defendants. | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is REMANDED sua sponte for lack of jurisdiction to the California Superior Court in Kern and San Joaquin Counties and the Delaware Court of Chancery.

All pending motions are DENIED.

Further, Kalincheva is BARRED from filing future actions in forma pauperis in this or any other federal court, without first obtaining leave of court to do so, and any case filed, removed, or transferred without the applicable filing fee, in which she is plaintiff, should not be reviewed by the Court.

The Clerk of the Court is DIRECTED to close this case.

SO ORDERED this 29th day of March, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE